IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WALTER H CARY, III,

     Petitioner,

v.                                  CASE NO. 1:09-cv-00223-MP-AK

CLAY COUNTY FL,

     Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 4, Report and Recommendation regarding the

Petition for Writ of Habeas Corpus, filed by Walter H Cary, III, Doc. 1.  The Magistrate has

recommended this case be transferred to the United States District Court for the Middle District

of Florida.  No objections have been filed, and the time for doing so has passed.  Finding the

Magistrate's analysis correct, it is hereby

     **ORDERED AND ADJUDGED:**

     1.     The Magistrate's Report and Recommendation, Doc. 4, is ADOPTED and
incorporated herein.

     2.     This case is TRANSFERRED to the United States District Court for the Middle
District of Florida.

     **DONE AND ORDERED** this _2nd_ day of December, 2009



     *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge